

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00113-CR

**DAVID WAYNE KERR,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 12491-A

## ORDER

This appeal was abated on April 28, 2016 for the trial court to determine a date certain when the reporter' record in this appeal would be filed. The reporter's record has been filed. Accordingly, this appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed June 2, 2016

